UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :   **ORDER**

    - v -                              :   21 Cr. 409 (CM)

FREEDOM TURNER,                     :
                  Defendant.    :
------------------------------------x

    Upon the application of **FREEDOM TURNER**, by his attorney, **Andrew J. Dalack, Esq.**, Federal Defenders of New York, and in the interests of justice, it is hereby

    **ORDERED** that the Warden of MDC Brooklyn provide Freedom Turner (Register Number 49978-509) with the second dose of the COVID-19 vaccine forthwith; and it is further

    **ORDERED** that the Warden of MDC Brooklyn arrange, without delay, for Freedom Turner to be evaluated by a licensed medical doctor to address his persistent headaches, light sensitivity, and eye soreness.

Dated:   New York, NY
        March /0, 2022

THE HONORABLE COLLEEN MCMAHON
SENIOR UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/22