# EXHIBIT A

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Freedom Turner**
*Reg. No. 49978-509*

*has satisfactorily completed*

**Turning Points: Basic Cognitive Skills Module**

*and is hereby awarded this certificate, this 22nd day of June, 2022*

Dr. L
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Freedom Turner**
*Reg. No. 49978-509*

*has satisfactorily completed*

**Turning Points: Drug Abuse Program Module**

*and is hereby awarded this certificate, this 2nd day of June, 2022*

Dr. L
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Freedom Turner
*Reg. No. 49978-509*

### has satisfactorily completed

### Turning Points: Attitudes Module

and is hereby awarded this certificate, this 24th day of May, 2022

_____
Dr. L
Staff Psychologist

# Certificate of Completion

*Presented to*

## Freedom Turner

*Register #49978-509*

This certificate is an acknowledgement of the successful completion of the
Coping Turning Point Module

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on April 12, 2022.

_____
Dr. Steinhaus, Psy.D., M.S.
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Freedom Turner**
Reg. No. 49978-509

## has satisfactorily completed

**Turning Points: Preparing to Change Module**

and is hereby awarded this certificate, this 21st day of April, 2022

_____
Dr. L
Staff Psychologist

# Certificate of Completion

*Presented to*

## Freedom Turner

*Register # 87977-054*

*This certificate is an acknowledgement of the successful completion of the*

*Coping Turning Point Module*

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on April 12, 2022.

_____
Dr. Steinhaus, Psy.D., M.S.
Staff Psychologist