# EXHIBIT C

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 28, 2022

Honorable Judge McMahon
United States District Court Judge
United States Courthouse
New York, NY 10007

Re: United States v. Freedom Turner, 21 Cr. 409 (CM)

Judge McMahon,

My name is Emma Famili and I am a social work intern at the Federal Defenders of New York (FDNY). I work alongside Mr. Turner's legal team and under the clinical supervision of Rachelle Veasley, Director of Client and Mitigation Services, LCSW. Our social work department at the Federal Defenders of New York is able to provide reentry support for clients returning to the community.

Mr. Turner and I have met in-person and virtually on a weekly basis since November, 2021 to address the circumstances surrounding the offense conduct as well as to begin engaging in reentry planning for his eventual return to the community. Mr. Turner has been open and engaging in addressing the barriers and challenges that have contributed to his incarceration. Mr. Turner has dedicated himself to the task of identifying the barriers and challenges that have Although Mr. Turner has been incarcerated for the past year, he has worked to remain in contact with father and newborn son whom he longs to return to.

In our discussions, we have collaborated to create a re-entry plan that sets short, medium and long-term goals in the following areas:

**Housing**: Mr. Turner will reside with his father upon being released. Mr. Turner has remained in contact with his father throughout his detainment and describes him as "a great support." Mr. Turner's father, Tyrone Turner,  is in the process of relocating to ensure he can attain a residence with enough space for his son and grandson. Mr. Turner is working with his father to ensure that there is also space for his son to be able to comfortably visit him.

**Mental Health Treatment:** Mr. Turner has used our sessions together to reflect on the unresolved grief he has as a result of having witnessed his mother's death. Mr. Turner and his mother had a close and loving relationship that he misses everyday, he describes her as his best friend and whole heart." Mr. Turner has been using our sessions as well as coping to help process his unresolved feelings of grief as well as to process his actions. Mr. Turner is working to grow into a better man. Mr. Turner will be connected with the mental health program at the Fortune Society. Mr. Turner will meet with Andrew Tate to complete an intake assessment virtually. Mr. Turner will attend sessions to engage in dialogue surrounding coping with loss and healthy ways of processing his feelings on a weekly basis. Mr. Turner is able to be connected with group therapy as well.

**Education/Vocation:** Mr. Turner has completed his GED and hopes to continue with his educational goals. Mr. Turner will be connected with the Fortune Society, specifically the Hope Program that will assist him in "Job training, certifications, and placements." While working with the Hope Program, Mr. Turner will also work towards attaining a certificate in Entrepreneurship through Manhattan College where he will gain an education based on leadership and business. After meeting with a mentor during an intake at the Hope Program, Mr. Turner will begin working one on one with a mentor to build his resume, learn interviewing skills, and then connect with various jobs that hire participants in the program. Mr. Turner is determined to make a better life for himself by working towards his dream of becoming an entrepreneur and he recognizes in order to do this he will need to make small steps towards his goal. Mr. Turner is determined to work hard in order to ensure he will have a sustainable job. Mr. Turner has been engaging in discussing his resume and skills with me so that he is prepared once he is released and connected with jobs training.

**Family:** Family remains a vital part of Mr. Turner's life. Mr. Turner has remained in contact with his father and cousin who have provided emotional support for him during his detainment. He keeps in regular contact with his family and spends time reflecting on his past as well as looking forward to his future. Mr. Turner's father has stated "I miss my son dearly, and I truly do see the growth and development in Freedom." Freedom is a father as well and longs to reconnect with his son who he has worked hard to maintain communication with. Mr. Turner wants to show his son what a good father is. Mr. Turner's father was always active in his life and he hopes to be just as active in his own son's life.

Mr. Turner is a hard-working and determined young man who is actively working to change the trajectory of his life. Mr. Turner is remorseful for his actions and is looking to the future to prove he is a better man. Mr. Turner longs to reconnect with his family who have been supporting him throughout his detainment. Mr. Turner is ready to be a better father to his son as well as a better man for himself.

Respectfully submitted,

_____/s/_____

Emma Famili

Social Work Intern