# EXHIBIT D

February 24, 2022

Honorable Colleen McMahon
United States District Judge
Southern District of New York

Dear Judge McMahon,

I'm writing in reference to Freedom Turner. I am one of Freedom's oldest sisters, Maureen Leonard. Freedom is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true.

I have known Freedom all my life, and now I'm thirty years old and he's twenty-four. He grew up with four older siblings: me, my brother, and my two older sisters. He lived with me, our brother, and our mom and dad growing up. Freedom is a very decent person who doesn't mind going the extra mile to help you if needed. In the time I've known him, I have seen Freedom go through ups and downs, especially after the passing of our mother, Margaret Leonard, in 2014. My mom's passing took a toll on him and still affects him to this day. He was always a good kid, but after our mom died, he was hanging out in the streets more, not listening to my dad enough, and coming home whenever he felt like it. He was really close to our mom – he was always attached to her. There are still days when he really needs his mother, or when he really wants to sit and talk to his mom, but he can't. I don't think he was able to process her passing; he talked to me and my brother about it, but he didn't have anyone else to go to.

In June of 2020 Freedom had a baby boy, and became a very happy, proud father. He traveled back and forth to Atlanta from New York to be there for the birth of his baby boy, as well to spend time with his son. Freedom is a great father. It's hard because he son lived far away, but he was trying to find ways to get down there to his son as much as he could. I want his son to know his dad and grow up with his dad there. Freedom spending a long time away could really affect him. He just turned two, so I think as he gets older, he's going to miss his dad.

Freedom made his mistakes, but he's incredibly remorseful and is willing to do whatever it takes. With the proper guidance and support Freedom can definitely change and become the better person I know he can be. When he was out, he was willing to work and have a job, because he wanted to take care of his son and family. He made sure to have whatever his son's mother needed on hand. He was working at FedEx before as a seasonal worker and was looking for more permanent jobs, but I don't think he landed every job he wanted. When he gets out, he has people who can help him find something. My dad could help him find a job, and I'm in a place in my life now where I can help him out more.

Freedom is away, and I know it has given him some time to think about turning his life around. He wants to come home, do better, and be more committed to certain aspects in his life. I know he wants to find a job, and my dad is getting a place for them to live either in New Jersey or in Yonkers. The first thing Freedom wants is to see his two-year-old son and spend time with him, because I know he misses him. Freedom misses the rest of his family, too, because we were always around each other. When he was out, I used to talk to Freedom almost every day to check up on him and make sure he's good, and he would do the same for me. We would make sure we each had money in our pockets and would say, "don't be hesitant to ask if needed." Now I don't hear from my brother and I always want to make sure he's good, but I can't talk to him as much. Freedom can always come to me for anything he needs. I'm there for Freedom one hundred percent.

I miss my little brother and I want him to come home. I acknowledge Freedom's mistake, but that does not stop me from loving my little brother and wanting to be there for him and support him every step of the way. He needs you to give him an opportunity at a second chance, Judge. I just hope you recognize the power you wield over his life and make a fair decision.


Sincerely,

Maureen Leonard